IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THIEOPHILUS JONES,
    Plaintiff,

vs.                                                        Case No.: 3:20cv5274/LAC/EMT

MARK INCH, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

      This cause is before the court upon referral from the clerk. On April 7, 2020, the undersigned entered an order noting that Plaintiff's motion to proceed in forma pauperis (ECF No. 1) was deficient and that Plaintiff had not filed a complaint, as required to commence a civil action (*see* ECF No. 2). The undersigned allowed Plaintiff thirty days in which to either pay the filing fee or file a fully completed motion to proceed in forma pauperis and file a complaint on the court-approved form (ECF No. 2). Plaintiff failed to respond to the court's order; therefore, on May 11, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 3). The time for compliance with the show cause order has now

elapsed and Plaintiff has not filed an amended complaint, paid the filing fee, or submitted a motion to proceed in forma pauperis.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 15th day of June 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:20cv5274/LAC/EMT